**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CIVIL CASE NO. 1:09cv327**

| | |
|---|---|
| **DONNELL HAMPTON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **O R D E R** |
| ) | |
| **WAL-MART STORES EAST, L.P.,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

      **THIS MATTER** is before the Court on the Defendant Wal-Mart Stores

East, L.P.'s Motion to Dismiss [Doc. 19].

      On February 18, 2010, the Plaintiff was provided notice of his

obligation to respond to the Defendant's motion to dismiss. [Doc. 22].  In

the notice, the Plaintiff was advised of the burden he carried in responding

to the motion and he was told to file any response no later than March 8,

2010. [Id.].  No response to the motion to dismiss has been filed.

      The Court has reviewed the complaint as well as the motion to

dismiss.  The motion to dismiss is well taken and will be granted for the

reasons stated therein.

**IT IS, THEREFORE, ORDERED** that the Defendant Wal-Mart Stores

East, L.P.'s Motion to Dismiss [Doc. 19] is hereby **GRANTED** and this

action is dismissed with prejudice.

Signed: March 10, 2010

Martin Reidinger
United States District Judge