# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:09cv327

| | |
|---|---|
| DONNELL HAMPTON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>WAL-MART STORES EAST, L.P., )<br>)<br>Defendant. )<br>) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant Wal-Mart Stores East, L.P.'s Motion to Dismiss [Doc. 19].

On February 18, 2010, the Plaintiff was provided notice of his obligation to respond to the Defendant's motion to dismiss. [Doc. 22]. In the notice, the Plaintiff was advised of the burden he carried in responding to the motion and he was told to file any response no later than March 8, 2010. [Id.]. No response to the motion to dismiss has been filed.

The Court has reviewed the complaint as well as the motion to dismiss. The motion to dismiss is well taken and will be granted for the reasons stated therein.

**IT IS, THEREFORE, ORDERED** that the Defendant Wal-Mart Stores East, L.P.'s Motion to Dismiss [Doc. 19] is hereby **GRANTED** and this action is dismissed with prejudice.

Signed: March 10, 2010

Martin Reidinger
United States District Judge