# United States District Court
# For The Western District of North Carolina
# Asheville Division

DONNELL HAMPTON,

        Plaintiff(s),　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　1:09cv327

WAL-MART STORES EAST, L.P.,

        Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Order filed 3/10/2010.

March 10, 2010　　　　　　　　　　　　FRANK G. JOHNS, CLERK

　　　　　　　　　　　　　　　　　　　　*s/Elizabeth J. Barton*
　　　　　　　　　　　　　　BY: _____
　　　　　　　　　　　　　　　　　　Elizabeth J. Barton, Deputy Clerk